BMB/CAF USAO2013-R-00296

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 MAR 27 P 4: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. ELH-13-0628 |
| v. | : | |
| | : | (Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846; Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841; Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. §§ 853 and 853(p), 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |
| RAYMOND DAVIS, a/k/a "Ray-Ray," ANDRE HUNT, a/k/a "Cousin," RASHAD DENDY, a/k/a "Bill," DOMINIQUE SMITH, a/k/a "Mac," CHRIS THOMAS, a/k/a "Piss," DERRICK JACKSON, JEROME GRANT, a/k/a "Rome," and GREGORY CARMICHAEL, a/k/a "Geezy" | : : : : : : : : : | |
| Defendants. | : | |

...oOo...

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From at least in or about March 2013 up to and including November 2013, in the District of Maryland and elsewhere,

> RAYMOND DAVIS, a/k/a "Ray-Ray,"
> ANDRE HUNT, a/k/a "Cousin,"
> RASHAD DENDY, a/k/a "Bill,"
> JEROME GRANT, a/k/a "Rome," and
> GREGORY CARMICHAEL, a/k/a "Geezy,"

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the members of the Grand Jury, to distribute and possess with intent to distribute 1 kilogram or more of a mixture of substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. §§ 841(a)(1) and 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

From at least in or about March 2013 up to and including November 2013, in the District of Maryland and elsewhere,

> RAYMOND DAVIS, a/k/a "Ray-Ray,"
> RASHAD DENDY, a/k/a "Bill,"
> DOMINIQUE SMITH, a/k/a "Mac,"
> CHRIS THOMAS, a/k/a "Piss,"
> DERRICK JACKSON, and
> JEROME GRANT, a/k/a "Rome,"

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the members of the Grand Jury, to distribute and possess with intent to distribute 28 grams or more of a mixture of substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and 846

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

From at least in or about March 2013 up to and including November 2013, in the District of Maryland and elsewhere,

**RASHAD DENDY, a/k/a "Bill," and
DOMINIQUE SMITH, a/k/a "Mac,"**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the members of the Grand Jury, to distribute and possess with intent to distribute a quantity of a mixture of substance containing a detectable amount of marijuana, a Schedule I controlled substance.


21 U.S.C. §§ 841(a)(1) and 846

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about July 17, 2013, in the District of Maryland,

**JEROME GRANT, a/k/a "Rome,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.


21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about August 2, 2013, in the District of Maryland,

**JEROME GRANT, a/k/a "Rome,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.


21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SIX

The Grand Jury for the District of Maryland further charges that:

On or about September 24, 2013, in the District of Maryland,

**RASHAD DENDY, a/k/a "Bill," and
DOMINIQUE SMITH, a/k/a "Mac,"**

the defendants herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SEVEN

The Grand Jury for the District of Maryland further charges that:

On or about September 28, 2013, in the District of Maryland,

**DOMINIQUE SMITH, a/k/a "Mac,"**
**CHRIS THOMAS, a/k/a "Piss," and**
**DERRICK JACKSON,**

the defendants herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT EIGHT

The Grand Jury for the District of Maryland further charges that:

On or about October 15, 2013, in the District of Maryland,

**GREGORY CARMICHAEL, a/k/a "Geezy,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.


21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT NINE

The Grand Jury for the District of Maryland further charges that:

On or about October 30, 2013, in the District of Maryland,

**ANDRE HUNT, a/k/a "Cousin,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT TEN

The Grand Jury for the District of Maryland further charges that:

On or about October 29, 2013, in the District of Maryland,

**RAYMOND DAVIS, a/k/a "Ray-Ray," and
ANDRE HUNT, a/k/a "Cousin,"**

the defendants herein, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.


21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT ELEVEN

The Grand Jury for the District of Maryland further charges that:

On or about October 29, 2013, in the District of Maryland,

**RAYMOND DAVIS, a/k/a "Ray-Ray,"
ANDRE HUNT, a/k/a "Cousin," and
JEROME GRANT, a/k/a "Rome,"**

the defendants herein, did knowingly possess a firearm, specifically a Smith & Wesson .357 revolver, bearing serial number ANC3269, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance, as alleged in Count One of this Second Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## **FORFEITURE**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Title 18, United States Code, Section 853, upon conviction of an offense in violation of 18 U.S.C. § 846 or § 841(a) as set forth in Counts One through Ten, each defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. The property to be forfeited includes, but is not limited to, the following:

   a. A sum of money equal to the value of the proceeds of any offense for which the defendant is convicted, which sum will be at least $500,000; and

   b. The following assets:

   (1) Assorted Jewelry: $14,655.00 (Asset ID# 14-DEA-591996), seized on 10/30/2013 from the residence of defendant Andre Hunt, 6555 Woodgreen Circle, Gwynn Oak, Maryland;

   (2) One Louis Vuitton Travel Bag (Asset ID# 14-DEA-592492), seized on 10/30/2013 from the residence of defendant Andre Hunt, 6555 Woodgreen Circle, Gwynn Oak, Maryland;

   (3) $6,190.00 U.S. currency (Asset ID# 14-DEA-590702), seized on 10/30/2013 from the residence of defendant Andre Hunt, 6555 Woodgreen Circle, Gwynn Oak, Maryland;

   (4) $117,510.00 U.S. currency (Asset ID# 14-DEA-591497), seized on

11/20/2013 from a location associated with defendants Jerome Grant and Raymond Davis, 1826 Westwood Avenue, Baltimore, Maryland;

(5) 2013 Honda Crosstour (Asset ID #14-DEA-592722), seized on 11/20/2013 from defendant Rashad Dendy and registered to an unindicted co-conspirator;

(6) $1600 U.S. currency (Asset ID# N-140 – R-14-DEA-02109), seized on 11/20/2013 from defendant Rashad Dendy, an unindicted co-conspirator, and the 2013 Honda Crosstour identified above;

(6) All other monies and vehicles seized by state and federal law enforcement agents from defendants, unindicted co-conspirators, and other associated persons during the conspiracy.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

4. Pursuant to 18 U.S.C. § 924(d), as a result of the offenses set forth in this indictment, the defendants,

**RAYMOND DAVIS, a/k/a "Ray-Ray,"
JEROME GRANT, a/k/a "Rome," and
ANDRE HUNT, a/k/a "Cousin,"**

shall forfeit to the United States the firearm identified in Count Eleven of this indictment and involved in that offense.

18 U.S.C. § 853; 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Rule 32.2(a)

*Rod J. Rosenstein* CAF
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: 3/27/14